# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: CONEMAUGH PIXEL LITIGATION

Case No. 3:23-cv-00110-SLH

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs Jane Doe and Tacey Haberkorn and Defendants DLP Conemaugh Memorial Medical Center, LLC, DLP Conemaugh Physician Practices, LLC, DLP Healthcare, LLC, DLP Conemaugh JV, LLC and DLP Conemaugh Holding Company, LLC hereby stipulate and agree that this action is dismissed without prejudice, with each party to bear their own costs.

Dated: November 27, 2024

Respectfully submitted,

**STRANCH, JENNINGS & GARVEY, PLLC**

By: */s/ J. Gerard Stranch, IV*
J. Gerard Stranch, IV
Andrew E. Mize
223 Rosa L. Parks Avenue
Suite 200
Nashville, TN 37203
615-254-8801
Fax: 615-255-5419
gstranch@stranchlaw.com
amize@stranchlaw.com

**COHEN & MALAD, LLP**

Lynn Toops
Amina A. Thomas
One Indiana Square, Suite 1400

**HOLLAND & KNIGHT LLP**

By: */s/ Mark S. Melodia*
Mark S. Melodia (No. 53515)
Sophie L. Kletzien (admitted *pro hac vice*)
31 W. 52nd Street, 12th Floor
New York, NY 10019
Tel: (212) 513-3583
Fax: (212) 385-9010
mark.melodia@hklaw.com
sophie.kletzien@hklaw.com

Paul Bond (admitted *pro hac vice*)
1650 Market Street, Suite 3300
Philadelphia, PA 19103
Tel: (215) 252-9535
paul.bond@hklaw.com

Indianapolis, IN 46204
Tel: (317) 636-6481
ltoops@cohenandmalad.com
athomas@cohenandmalad.com

*Counsel for Defendants*

**MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN**

Gary M. Klinger
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Tel: (866) 252-0878
gklinger@milberg.com

Glen L Abramson
800 S. Gay Street
Ste 1100
Knoxville, TN 37929
866-252-0878
gabramson@milberg.com

**GRANT & EISENHOFER PA**

Elizabeth Bailey
123 S. Justison Streed
Ste 7th Floor
Wilmington, DE 19801
302-622-7195
Fax: 302-622-7100
ebailey@gelaw.com

**SALTZ MONGELUZZI BARRETT &
BENDESKY**

Patrick Howard
1650 Market St., 52nd Flr
One Liberty Place
Philadelphia, PA 19103
215-575-3895
phoward@smbb.com

**STRAUSS BORRELLI PLLC**

Raina C Borrelli
Samuel J Strauss
980 N Michigan Ave.
Suite 1610
Chicago, IL 60611
872-263-1100
Fax: 872-263-1109
raina@straussborrelli.com
sam@straussborrelli.com

*Counsel for Plaintiffs*

AND NOW, this __2ⁿᵈ__ ,

day of December, 20 24 .

IT IS SO ORDERED.

UNITED STATES DISTRICT JUDGE